UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 07-50-DLB**

EDWARD ROBINSON                                                                                    PLAINTIFF

vs.                                                        <u>ORDER</u>

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY                                                                           DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #21); and no objections thereto having been filed by Defendant, with the time to do so having now expired; and the Court having reviewed the Report and Recommendation and the case record and being otherwise sufficiently advised;

**IT IS ORDERED** that:

(1)   the Report and Recommendation of the United States Magistrate Judge (Doc. #21) be, and it is, hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)   Defendant's Motion to Dismiss, or in the Alternative Motion for Summary Judgment (Doc. #19) be, and it is, hereby **construed** as a Motion for Summary Judgment and be, and it is, hereby **GRANTED;**

(3)   Plaintiff's claims be, and they are, hereby **dismissed, with prejudice,** and this matter be, and it is, hereby **stricken** from the active docket of this Court; and,

(4)   a separate Judgment shall enter concurrently herewith.

This 12th day of August, 2008.



G:\DATA\ORDERS\Cov07\07-50 OrderAdoptingR&R.wpd